RECEIVED
IN LAKE CHARLES, LA

JUL - 5 2006

Pam

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SHIRLEY ANDREPONT o/b/o KELLY M. ANDREPONT | : | DOCKET NO. 04-0517 |
| VS. | : | JUDGE MINALDI |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED, ADJUDGED, and DECREED that the Commissioner's childhood disability determination be, and it is hereby AFFIRMED.

IT IS FURTHER ORDERED that the Commissioner's adult disability determination be REVERSED and REMANDED pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings in accordance with the report and recommendation.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 30 day of June, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE